**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 06-13596 |
| Plaintiff, | |
| | Honorable: Patrick J. Duggan |
| -VS- | |
| | Claim Number: C99-16862 |
| ELLEN DAVIS., | |
| Defendant, | |

**ORDER FOR ENTRY OF CONSENT JUDGMENT**

Upon the stipulation of PAMELA S. RITTER, attorney for the UNITED STATES OF AMERICA, plaintiff herein,

IT IS HEREBY ORDERED that Judgment is entered in favor the UNITED STATES OF AMERICA, and against ELLEN DAVIS., in the principal amount of **$2,573**, plus prejudgment interest from the date of default of date of judgment together with post-judgment interest pursuant to 28 U.S. C 1087, for a total balance owing as of September 12, 2006 $6,853.76.

IT IS FURTHER ORDERED that the Defendant, ELLEN DAVIS., may satisfy said Judgment by making bi-weekly payments of $45.00 via employer beginning September 11, 2006. Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full. As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such

partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

                                                s/Patrick J. Duggan
                                                Patrick J. Duggan
                                                United States District Judge

Dated: September 12, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 12, 2006, by electronic and/or ordinary mail.

                                                s/Marilyn Orem
                                                Case Manager